# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Sigtem Technology, Inc. | ) ASBCA No. 60280 |
| | ) |
| Under Contract Nos. FA8650-05-C-1808 | ) |
| FA8650-05-C-1828 | ) |

APPEARANCE FOR THE APPELLANT:  Mr. Chun Yang
               President

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
               DCMA Chief Trial Attorney
               Srikanti Schaffner, Esq.
               Trial Attorney
               Defense Contract Management Agency
               Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 14 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60280, Appeal of Sigtem Technology, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals